IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES KEN ANDERSON,
ADC #99355                                                                                          PLAINTIFF

v.                                      No. 5:13-cv-272-DPM-BD

CORIZON INC; SONYA A. PEPPER-DAVIS,
Doctor, Corizon, Inc.; JACQUELINE R.
CARSWELL, Physician's Assistant, Corizon, Inc.;
CHARLES C. SHLOCK, Doctor, Corizon, Inc.;
RAMONA HUFF, Nurse, Corizon, Inc.;
DENISE KRABLIN, Nurse, Corizon, Inc.;
SHARON KING, Health Services Administrator,
Corizon, Inc.; MARVIN EVANS, JR.,
Deputy Director, ADC; STEPHEN D. WILLIAMS,
Warden, Tucker Unit, ADC; JOHN CRAIG,
Deputy Warden, Tucker Unit, ADC; and APRIL
INGRAM, Program Coordinator, Tucker Unit, ADC          DEFENDANTS

ORDER

Because Anderson is considered a "three-striker" under 28 U.S.C. §1915(g), he cannot proceed *in forma pauperis*. Anderson hasn't paid this Court's $400.00 filing fee in the time allowed. The Court warned twice that his failure to pay the fee would result in the dismissal of his case. № 3 & 9. Anderson's complaint is dismissed without prejudice for failure to prosecute.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 December 2013